IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

DOUGLAS BRYAN, JR. and　　：　　Case No. 4:15-CV-214
JOAN BRYAN (H/W),　　　　　：
　　　　　　　　　　　　　　：
　　　　　Plaintiffs,　　　　：　　(Judge Brann)
　　　　　　　　　　　　　　：
　　　v.　　　　　　　　　　：
　　　　　　　　　　　　　　：
KINGS EXPRESS, INC.,　　　　：
　　　　　　　　　　　　　　：
　　　　　Defendant.　　　　：

## ORDER

AND NOW, on this 27th day of July, 2015, based on the foregoing Memorandum,

**IT IS HEREBY ORDERED THAT:**

1.  Defendant's Motion for Dismissal Pursuant to Federal Rules of Civil
    Procedure 12(b)(6) is **GRANTED** in part and **DENIED** in part. ECF No.
    10.

2.  Plaintiffs' complaint is **DISMISSED** with leave to amend. ECF No. 1.

3.  An amended complaint must be filed no later than August 14, 2015 and must
    conform with the specifications outlined in the accompanying memorandum
    of law. Should Plaintiffs fail to file an amended complaint within the
    required time period, or fail to conform with this Court's memorandum, the
    case will be dismissed with prejudice.

BY THE COURT:


/s Matthew W. Brann
Matthew W. Brann
United States District Judge